# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD MILES,** | : |
| **Plaintiff** | : <br> : **CIVIL ACTION NO. 3:18-1061** <br> : |
| v. | : |
| **HAROLD ZECH,** *et al.*, | : **(MANNION, D.J.)** <br> : **(CARLSON, M.J)** |
| **Defendants** | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Carlson, **(Doc. 3)**, is **ADOPTED IN ITS ENTIRETY**.

**(2)** The plaintiff's objections to the report, **(Doc. 5, Doc. 7)**, are **OVERRULED**.

**(3)** The plaintiff's original complaint, **(Doc. 1)**, and his amended complaint, **(Doc. 6)** are **DISMISSED**.

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 29, 2018**